■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES VALENTE, Appellant. [636 NYS2d 629] —Appeal by the defendant from a judgment of the County Court, Nassau County (Wexner, J.), rendered September 15, 1993, convicting him of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at trial in a light most favorable to the People (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see, CPL 470.15 [5]*).

The defendant's sentence was not excessive (*see, People v Suitte*, 90 AD2d 80). Mangano, P. J., Bracken, Sullivan and Hart, JJ., concur.